**2008–0234. State v. Carroll.**
Clermont App. No. CA2007–02–030, 2007-Ohio-7075.

**2008–0240. State v. Wyerick.**
Mercer App. No. 10–07–25.

**2008–0241. Smith v. Jones.**
Hancock App. No. 5–06–47, 2007-Ohio-6708.
PFEIFER, J., dissents.
LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. IV.

**2008–0242. Tonti v. E. Bank Condominiums, LLC.**
Franklin App. No. 07AP–388, 2007-Ohio-6779.

**2008–0249. State v. Martin.**
Franklin App. No. 07AP–362, 2007-Ohio-7152.

**2008–0280. State v. Richards.**
Hamilton App. No. C–061027.

**2008–0294. State v. Staples.**
Butler App. No. CA2006–10–259, 2007-Ohio-7072.

**2008–0337. State v. Bevins.**
Hamilton App. Nos. C–070850 and C–070852.

**2008–0346. Bradley v. Ohio Dept. of Rehab. & Corr.**
Franklin App. No. 07AP–506, 2007-Ohio-7150.

**2008–0347. Ironton Med. Rehab., Inc. v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 07AP–499, 2007-Ohio-7149.

**2008–0370. State v. Bufford.**
Hamilton App. No. C–050330.

**2008–0379. State v. Lester.**
Auglaize App. No. 2–06–31, 2007-Ohio-4239.
O'CONNOR, J., dissents.

**2008–0439. State v. Parker.**
Cuyahoga App. No. 82687, 2008-Ohio-215.
LUNDBERG STRATTON, J., dissents and would accept the appeal on Proposition of Law No. I and hold the cause for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C–040665, 2006-Ohio-3171.

**2008–0447. State v. Smith.**
Summit App. No. 23542, 2007-Ohio-5119.
O'CONNOR, J., not participating.

**2008–0451. State v. Chattams.**
Butler App. No. CA2006–06–146.

## RECONSIDERATION OF PRIOR DECISIONS

**2006–2096. Jackson v. Columbus.**
Franklin App. No. 05AP–1035, 2006-Ohio-5209. Reported at 117 Ohio St.3d 328, 2008-Ohio-1041, 883 N.E.2d 1060. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2007–2013. State ex rel. Turner v. Eberlin.**
Belmont App. No. 07 BE 6, 2007-Ohio-5042. Reported at 117 Ohio St.3d 381, 2008-Ohio-1117, 884 N.E.2d 39. On motion for reconsideration. Motion denied.